## Commonwealth ex rel. Stevens, Appellant, v. Myers.

Submitted December 13, 1965. *Rayford Stevens,* appellant, in propria persona; *Gordon Gelfond* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Stroud, Appellant, v. Cavell.

Submitted December 13, 1965. *Ralph Stroud,* appellant, in propria persona; *Ralph B. D'Iorio,* Assistant District Attorney, *Domenic D. Jerome,* First Assistant District Attorney, and *Jacques H. Fox,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Taylor, Appellant, v. Hendrick.

Submitted December 13, 1965. *Milton Taylor,* appellant, in propria persona; *Ronald McCaskill* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.